**Fill in this information to identify the case:**

Debtor 1: Sandra K Evans

Debtor 2: James A Evans
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Iowa (State)

Case number: 19-01491-lmj

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges 12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002. 1.

Name of creditor: Quicken Loans Inc.

Court claim no, (if known): 3

Last 4 digits of any number you use to identify the debtor's account: XXXXXX9163

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

[X] No

[ ] Yes. Date of the last notice:

## Part 1: Itemized Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney fees | | (3) | $ |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | 7/16/19 | (5) | $ 500.00 |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | | (7) | $ |
| 8. | Tax advances (non-escrow) | | (8) | $ |
| 9. | Insurance Advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. Specify: | | (10) | $ |
| 11. | Other. Specify: BK Plan Review | 7/5/19 | (11) | $ 150.00 |
| 12. | Other. Specify: | | (12) | $ |
| 13. | Other. Specify: | | (13) | $ |
| 14. | Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and changes you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2            Notice of Postpetition Mortgage Fees, Expenses, and Charges            Page 1

| Debtor 1 | James Allen Evans | | | Case number (if known) | 19-01491-lmj |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Lisa C Billman
Signature

Date: 8/9/19

Print: Lisa C Billman
First Name   Middle Name   Last Name

Title: Attorney

Company: SouthLaw, P.C.

Address: 13160 Foster Suite 100
Number         Street

Overland Park, KS 66213-2660
City         State     ZIP Code

Contact phone (913) 663-7600

Email iabksdecf@southlaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| In Re: ) | |
| ) | |
| James Allen Evans and Sandra Kay Evans, *Debtors* ) | |
| ) | Case No. 19-01491-lmj |
| ) | |
| Quicken Loans Inc., *Creditor* ) | Chapter: 13 |
| ) | |
| vs. ) | |
| ) | |
| James Allen Evans and Sandra Kay Evans, *Debtors* ) | |
| ) | |
| and ) | |
| ) | |
| Carol F. Dunbar, *Trustee* ) | |

## CERTIFICATE OF MAILING/SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was filed electronically on this August 9, 2019 with the United States Bankruptcy Court for the Southern District of Iowa , and shall be served on the parties in interest via email by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

James Allen Evans
Sandra Kay Evans
12891 110th Ave
Davenport, IA  52804
**DEBTOR**

H.J. Dane
KSTT Place
1111 E. River Drive
Davenport, IA  52803
**ATTORNEY FOR DEBTOR**

Carol F. Dunbar
531 Commercial Street, Suite 500
Waterloo, IA  50701
**TRUSTEE**

Office of the United States Trustee
Room 793 Federal Bldg.
210 Walnut Street
Des Moines, IA  50309
**U.S. TRUSTEE**

SOUTHLAW, P.C.
 /s/ Lisa C Billman
Wendee Elliott-Clement, AT0011311
Lisa C. Billman, AT0013550
13160 Foster Suite 100
Overland Park, KS 66213-2660
(913) 663-7600
(913) 663-7899 Fax
iabksdecf@southlaw.com
**Attorneys For Creditor**

Case No: 19-01491-lmj